**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TERRY CANTY,

Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS, and
SIX UNIDENTIFIED FEDERAL AGENTS,

Defendants.

Civil No. 00-1333 (RHK/ESS)

**ORDER TO SHOW CAUSE**

---

Plaintiff, a former prisoner at the Federal Medical Facility in Rochester, Minnesota, has filed a complaint alleging that the Defendants violated his federal constitutional rights, and he seeks relief under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971); and the Federal Tort Claims Act. Plaintiff alleges that the Defendants failed to provide him with appropriate medical treatment after he was scalded by hot water, and that the Defendants retaliated against him for his refusal to sign a consent to treatment form. Plaintiff paid the full $150 filing fee, and he has not filed an application to proceed in forma pauperis (IFP).

Plaintiff filed his complaint on May 30, 2000, but he has yet to effect service of process on any of the Defendants. The time limit for service of process has run. See Fed. R. Civ. P. 4(m). Therefore, Plaintiff must show cause why he is unable to effect service of process on Defendants, or the Court will recommend that this case be dismissed without prejudice for failure to effect service of process.

Based upon the above, and upon all the files, records, and proceedings herein,

NOV 2 9 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

**IT IS HEREBY ORDERED** that:

1. Plaintiff has until December 12, 2000, to show cause why he has been unable to effect service of process on the Defendants; and

2. Failure to respond to this order as directed will result in a recommendation of dismissal of this action without prejudice.

Dated: November 28, 2000

E. S. SWEARINGEN
United States Magistrate Judge