**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TERRY CANTY,

Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS, and
SIX UNIDENTIFIED FEDERAL AGENTS,

Defendants.

Civil No. 00-1333 (RHK/ESS)

**ORDER TO SHOW CAUSE**

---

Plaintiff, a former prisoner at the Federal Medical Facility in Rochester, Minnesota, has filed a complaint alleging that the Defendants violated his federal constitutional rights, and he seeks relief under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971); and the Federal Tort Claims Act. Plaintiff alleges that the Defendants failed to provide him with appropriate medical treatment after he was scalded by hot water, and that the Defendants retaliated against him for his refusal to sign a consent to treatment form. Plaintiff paid the full $150 filing fee, and he has not filed an application to proceed in forma pauperis (IFP).

Plaintiff filed his complaint on May 30, 2000, but he had not attempted to effect service of process on any of the Defendants before the time limit for service of process had run. See Fed. R. Civ. P. 4(m). Therefore, the Court issued an order directing Plaintiff to show cause why he had been unable to effect service of process on the Defendants.[1] Instead of responding

---

[1] The order stated: 1. Plaintiff has until December 12, 2000, to show cause why he has been unable to effect service of process on the Defendants; and 2. Failure to respond to this order as directed will result in a recommendation of dismissal of this action without prejudice. Canty v. United States, Civil No. 00-1333 (RHK/ESS), Order To Show Cause, Docket No. 2.

JAN 12 2001
FILED FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

directly to the order, Plaintiff submitted to the Court a copy of a letter addressed to the Defendants in this case which states that Plaintiff was serving notice to the Defendants that he had filed his complaint and that he will "be taking action against the defendants who violated my civil rights by depriving me proper medical attention." Canty v. United States, Civil No. 00-1333 (RHK/ESS), Letter Dated 12/11/00, Docket No. 3. Plaintiff also attached copies of receipts for four Federal Express shipments[2] and a letter to an unknown party thanking her for her assistance. Id.

Plaintiff's submission does not state the reasons for Plaintiff's failure to effect service of process on the Defendants within the time limit found in Fed. R. Civ. P. 4(m), as the Court's Order To Show Cause directed. Plaintiff's submission also does not reveal whether he has in fact attempted to effect service on the Defendants pursuant to the requirements of Fed. R. Civ. P. 4(d) and 4(i). However, Plaintiff's submission, as well as his payment of the full $150 filing fee, reveals an interest in pursuing his case. Therefore, the Court will allow Plaintiff one more chance to state his reasons for failing to effect service of process on the Defendants within the 120 day time limit of Rule 4(m). Plaintiff will be directed to file with the Court an affidavit detailing Plaintiff's efforts to effect service and the reasons those efforts have not been successful. The Court also directs Plaintiff's attention to the requirements for waiver of service and for service on the United States found in Fed. R. Civ. P. 4(d) and 4(i).

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

---

[2] The shipments are addressed to G.L. Hershberger, Regional Director, North Regional Office; Michael Cooksey, Federal Bureau of Prisons; the warden of the Federal Medical Center, Rochester, MN; and Kathy Hawk Sawyer, Federal Bureau of Prisons.

1. Plaintiff is ordered to submit to the Court by January 22, 2001, an affidavit detailing both his efforts to effect service of process on the Defendants and the reasons he has been unable to effect service of process on the Defendants; and

2. Failure to respond to this order as directed will result in a recommendation of dismissal of this action without prejudice.

Dated: January 11, 2001

E. S. Swearingen

E. S. SWEARINGEN
United States Magistrate Judge