UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil NO. 00-1333 RHK/ESS

TERRY CANTY,

Plaintiff,

v.

THE FOLLOWING PERSONS, BOTH INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES:
UNITED STATES OF AMERICA;
FEDERAL BUREAU OF PRISONS;
U.F. AGENT 1; U.F. AGENT 2;
U.F. AGENT 3; U.F. AGENT 4;
U.F. AGENT 5; and U.F. AGENT 6,

Defendants.

**O R D E R**

Upon application of Defendants, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that the Defendants shall be, and hereby are, granted an extension of time to respond to the Complaint of Plaintiff to March 22, 2001.

Dated: March 16, 2001

E. S. SWEARINGEN
United States Magistrate Judge

MAR 19 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK