# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Terry Canty

Plaintiff

v.

United States of America;
Federal Bureau of Prisons; U.F. Agent 1;
U.F. Agent 2; U.F. Agent 3; U.F. Agent 4;
U.F. Agent 5; U.F. Agent 6,

Defendants

Case No. Civil 00-1333 RHK/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' alternative motion for dismissal or for summary judgment is granted. That this action is dismissed with prejudice.

DATE: September 13, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk