**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Terry Canty,

Plaintiff,

Civil No. 00-1333 (RHK/ESS)

vs.

**ORDER**

The Following Persons, Both Individually and in Their Official Capacities: United States of America; Federal Bureau of Prisons; U.F. Agent 1; U.F. Agent 2; U.F. Agent 3; U.F. Agent 4; U.F. Agent 5; U.F. Agent 6,

Defendants.

---

On October 18, 2001, the Court received, via AirBorne Express, a letter (attached) dated October 10, 2001, seeking an extension of the time for filing an appeal from the September 13, 2001 Order dismissing his Complaint with prejudice. The undersigned has been advised by AirBorne Express that the October 10, 2001 letter was "picked up" by AirBorne Express in Southfield, Michigan, on October 17, 2001 at 4:18 p.m. Accordingly, the Court construes the letter as having been filed on October 18, not the date of October 10, which appears on it.

FILED OCT 22 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.________
DEPUTY CLERK________

The time for appealing from the judgment expired 60 days after its entry--or October 13, 2001. Finding that Plaintiff has shown neither excusable neglect, nor good cause for his failure to file a timely appeal, the letter request for an extension is **DENIED**.

Dated: October 22, 2001

RICHARD H. KYLE
United States District Judge

October 10, 2001

Honorable Judge Richard Kyle
316 N. Robert Street, Room 700
St. Paul, MN 55101

RE: Terry A.Canty, Case #00CV1333

Your Honor:

I am submitting this letter to you requesting an extension for my appeal. I did not retain counsel for my previous endeavor, and as you know, my case was not presented to you in the formal manner that was expected. As a result of my informal presentation and my lack of knowledge, my case was dismissed.

However, I have spoken to an attorney in Detroit and given him a brief overview of the case.

He would be willing to take my case if he can have enough time to look over the case and all of the correspondences and court orders from your court. I am still continuous in my pursuit to solidify legal counsel in the state of Minnesota, which may further help my cause.

At this time I am requesting an extension of my appeal to retain legal counsel for assistance in presenting my case in the appropriate legal manner required by your court and the state of Minnesota.

Thank you for your consideration in this matter.

Humbly,

Terry A. Canty
Case #00CV1333